# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA/NY  **Category No.** III  **Investigating Agency** HHS-OIG, VA-OIG, USPIS, DOL, IRS

**City:** _____
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-mj-6439-MPK, cont'd in Add'l Info.
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☐ No

**Defendant Name:** Vishnudat Seodat  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** Mattituck, NY

**Birth date (Yr only):** 1949  **SSN (last 4#):** 4265  **Sex:** M  **Race:** _____  **Nationality:** USA

**Defense Counsel if known:** Zachary Hafer  **Address:** Cooley LLP, 500 Boylston Street, 14th Floor
**Bar Number:** 569389  Boston, Massachusetts 02116

**U.S. Attorney Information**
**AUSA:** Howard Locker, Mackenzie Queenin  **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  I

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/2/2024  **Signature of AUSA:** HOWARD LOCKER  *Digitally signed by HOWARD LOCKER  Date: 2024.12.02 11:04:39 -05'00'*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Vishnudat Seodat

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to commit healthcare fraud | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants (continued): 21-MJ-743 (EDNY); seizure warrants in D. Mass: 20-MJ-6534-MPK, 20-MJ-6535-MPK, 20-MJ-6536-MPK