

**U.S. Department of Justice**

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 2, 2024

Clerk of Court
United States District Court
    for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way                           24cr10360
Boston, MA 02210

       Re:    Request for Assignment of Related Cases
               <u>United States v. Vishnudat Seodat</u>

To Whom It May Concern:

      We enclose for filing with the Court a criminal information charging Vishnudat Seodat with conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349. We also enclose for filing the plea agreement between the government and the defendant concerning this charge. We respectfully request that this case be assigned to a judge of the Court for further proceedings.

      Further, I hereby certify, pursuant to Local Rule 40.1(h)(5)(B), that this case is related to *United States v. Donald Salzberg*, 22-cr-10122-NMG and *United States v. Kenneth Fishberger*, 24-cr-10322-NMG, which are assigned to the Honorable Nathaniel M. Gorton, United States District Judge, because the cases arise out of the same, or substantially similar, scheme, transactions and/or events. *See* Local Rule 40.1(h)(1)(A) and (B).

      Please contact the undersigned Assistant United States Attorneys if you have any questions.

                     Sincerely,

                     JOSHUA S. LEVY
                     Acting United States Attorney

By:     */s/ Howard Locker*
            HOWARD A. LOCKER
            MACKENZIE QUEENIN
            Assistant United States Attorneys

Enclosures

cc:     Zachary Hafer, Esq., Counsel to Kenneth Fishberger