Honorable Nathaniel M. Gorton
U.S District Judge, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

December 6, 2024

Dear Hon. Nathaniel M. Gorton:

Dr. Seodat has been my primary care physician since I was 20 years old, and still continues to provide extraordinary care for me even now as a 49-year-old woman.

He was an angel here on earth during a very dark period of my life. He took the time and always offered a listening ear and reassurance. I would leave my appointments with him feeling restored, and confident. He saved my life.

I was always in the best hands, and I have this amazing man to thank for providing me the best care for 30 years.

Dr. Seodat has also had a tremendous impact on the life of my family and many friends as well.

I will be forever grateful to him, as his voice of reason will always stay with me. He is one in a million.

I ask you that you please take his life of good work and positive impact into consideration during this process.

Thank you for your time,

Danielle Leonette
631-291-8004