Honorable Nathaniel M. Gorton

U.S. District Judge of Massachusetts

1 Courthouse Way

Boston, MA 02210



Dear Judge Gorton,

It is my pleasure to write this letter of recommendation for Dr. Vishnu Seodat, who has been my physician for the past 10 years. Throughout this time, I have had the opportunity to witness firsthand his exceptional medical expertise and dedication to patient care.

Dr. Seodat has consistently provided me with thorough, thoughtful, and attentive care. Whether addressing routine health concerns or more complex medical matters, he always takes the time to explain diagnoses and treatments clearly, ensuring that I fully understand my health needs. His professionalism is matched by his empathetic approach, which has made me feel confident and supported during every visit.

I am aware of a legal matter concerning Dr. Seodat, but I firmly believe this does not reflect the care or commitment he demonstrates to his patients. In my long-standing experience, Dr. Seodat has been an outstanding physician, always acting with integrity, kindness, and skill. His ability to connect with his patients and prioritize their well-being is something I deeply admire and appreciate.

It is rare to find a doctor who possesses both the medical expertise and the personable nature that Dr. Seodat brings to his practice. I am grateful for the care he has provided me over the years and believe he will continue to make a meaningful impact in the medical field.

Should you require further information, I am more than happy to discuss my experiences with Dr. Seodat. Please feel free to contact me at (516) 807-2575 or Fabbjon@yahoo.com.

Sincerely,

W. Jonathan Fabb